UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

In re: LENKER, SETH DAVID § Case No. 14-41349-JMK
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 18, 2014. The undersigned trustee was appointed on November 18, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          8,056.17

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 22.34 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 8,033.83 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/17/2015 and the deadline for filing governmental claims was 07/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,555.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,555.62, for a total compensation of $1,555.62.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $500.00, for total expenses of $500.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/31/2015         By: /s/Patricia E. Hamilton
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-41349-JMK  **Trustee:** (360120) Patricia E. Hamilton
**Case Name:** LENKER, SETH DAVID  **Filed (f) or Converted (c):** 11/18/14 (f)
  **§341(a) Meeting Date:** 12/19/14
**Period Ending:** 07/31/15  **Claims Bar Date:** 07/17/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot 6 Block D Sunnyslope Park Add. 2526 E. Sunny | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 2 | Mid-American Credit Union 1399770 | 15.00 | 15.00 | | 0.00 | FA |
| 3 | Mid-American Credit Union - 1384859 Credit Uni | 12.00 | 12.00 | | 0.00 | FA |
| 4 | Credit Union - SAVINGS 1366789 Credit Union West | 5.01 | 5.01 | | 0.00 | FA |
| 5 | Washer/Dryer | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Television | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Master Bedroom Bed | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Hutch | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | KPERS or profit sharing plans. | 35,496.89 | 0.00 | | 0.00 | FA |
| 11 | 2007 GMC Yukon | 19,600.00 | 0.00 | | 0.00 | FA |
| 12 | 2014 Earned Income Tax Credit | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2014 TAX REFUNDS-Non-EIC portion (u)<br>Counsel tax assignment is $1600 | 1,500.00 | 1,500.00 | | 8,056.17 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$177,153.90** | **$121,532.01** | | **$8,056.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Received estate's portion of 2014 tax refunds. Claims reviewed. Preparing Final Report.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2015  **Current Projected Date Of Final Report (TFR):**  December 31, 2015

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-41349-JMK | | Trustee: | Patricia E. Hamilton (360120) |
|---|---|---|---|---|
| Case Name: | LENKER, SETH DAVID | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5766 - Checking Account |
| Taxpayer ID #: | **-***8839 | | Blanket Bond: | $15,000,000.00 (per case limit) |
| Period Ending: | 07/31/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/15 | {13} | Seth Lenker | 2014 refunds | 1224-000 | 8,056.17 | | 8,056.17 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,046.17 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.34 | 8,033.83 |
| | | | **ACCOUNT TOTALS** | | **8,056.17** | **22.34** | **$8,033.83** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **8,056.17** | **22.34** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,056.17** | **$22.34** | |

| | |
|---|---|
| Net Receipts : | 8,056.17 |
| Net Estate : | $8,056.17 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5766** | 8,056.17 | 22.34 | 8,033.83 |
| | **$8,056.17** | **$22.34** | **$8,033.83** |

{} Asset reference(s)

# Exhibit C - Claims Analysis

## Case: 14-41349-JMK    LENKER, SETH DAVID

Claims Bar Date: 07/17/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Patricia E. Hamilton<br>917 SW Topeka Blvd<br>Topeka, KS 66612<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>11/18/14 | | $1,555.62<br>$1,555.62 | $0.00 | $1,555.62 |
| | Patricia E. Hamilton<br>917 SW Topeka Blvd<br>Topeka, KS 66612<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>11/18/14 | | $500.00<br>$500.00 | $0.00 | $500.00 |
| 1 | Meritrust Credit Union<br>PO Box 789757<br><br>Wichita, KS 67278<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>12/22/14 | 3001.1 notice sent 6/16/15 | $21,518.59<br>$21,518.59 | $0.00 | $21,518.59 |
| 2 | Sprint Corp.<br>Attn Bankruptcy Department<br>PO Box 3326<br>Englewood, CO 80155-3326<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/21/15 | 7046 | $1,127.92<br>$1,127.92 | $0.00 | $1,127.92 |
| 3P | Department of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>04/22/15 | 8555 | $1,400.19<br>$1,400.19 | $0.00 | $1,400.19 |
| 3U | Department of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>04/22/15 | 8555 | $323.02<br>$323.02 | $0.00 | $323.02 |
| 4P | Department of Treasury<br>Internal Revenue Service<br>PO Box 7317<br><br>Philadelphia, PA 19101-7317<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>04/22/15 | 8555 - DUPLICATE OF 3<br><br>Duplicate of POC 3 | $1,400.19<br>$0.00 | $0.00 | $0.00 |
| 4U | Department of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/22/15 | 8555<br><br>Duplicate of POC 3 | $323.02<br>$0.00 | $0.00 | $0.00 |

# Exhibit C - Claims Analysis

## Case: 14-41349-JMK  LENKER, SETH DAVID

Claims Bar Date: 07/17/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Capital One Bank USA NA<br>c/o American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/23/15 | 5675 / 2024 | $663.59<br>$663.59 | $0.00 | $663.59 |
| 6 | Capital One Bank USA NA<br>c/o American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/23/15 | 4563 / 9833 | $666.43<br>$666.43 | $0.00 | $666.43 |
| 7 | Aspire Resources Inc<br>obo US Department of Education<br>PO Box 530308<br>Atlanta, GA 30353-0308<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/24/15 | 8555 | $3,463.05<br>$3,463.05 | $0.00 | $3,463.05 |
| 8 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/02/15 | 0001 | $941.45<br>$941.45 | $0.00 | $941.45 |
| 9 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/09/15 | 0767 CITIBANK | $5,715.04<br>$5,715.04 | $0.00 | $5,715.04 |
| 10 | Cavalry Spv I LLC<br>c/o Bass & Associates, PC<br>3936 E Ft Lowell Road Suit, Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/22/15 | 1623 | $2,618.98<br>$2,618.98 | $0.00 | $2,618.98 |
| 11 | Cavalry Spv I LLC<br>c/o Bass & Associates, PC<br>3936 E Ft Lowell Road, Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/22/15 | 3099 | $603.69<br>$603.69 | $0.00 | $603.69 |

**Case Total:** $0.00  $41,097.57

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-41349-JMK
Case Name: LENKER, SETH DAVID
Trustee Name: Patricia E. Hamilton

**Balance on hand:** $ 8,033.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Meritrust Credit Union | 21,518.59 | 21,518.59 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,033.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Patricia E. Hamilton | 1,555.62 | 0.00 | 1,555.62 |
| Trustee, Expenses - Patricia E. Hamilton | 500.00 | 0.00 | 500.00 |

Total to be paid for chapter 7 administration expenses: $ 2,055.62
Remaining balance: $ 5,978.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,978.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,400.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of Treasury | 1,400.19 | 0.00 | 1,400.19 |

Total to be paid for priority claims: $ 1,400.19
Remaining balance: $ 4,578.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 15,800.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sprint Corp. | 1,127.92 | 0.00 | 326.81 |
| 5 | Capital One Bank USA NA | 663.59 | 0.00 | 192.27 |
| 6 | Capital One Bank USA NA | 666.43 | 0.00 | 193.09 |
| 7 | Aspire Resources Inc | 3,463.05 | 0.00 | 1,003.40 |
| 8 | American InfoSource LP as agent for | 941.45 | 0.00 | 272.78 |
| 9 | PYOD, LLC | 5,715.04 | 0.00 | 1,655.91 |
| 10 | Cavalry Spv I LLC | 2,618.98 | 0.00 | 758.84 |
| 11 | Cavalry Spv I LLC | 603.69 | 0.00 | 174.92 |

Total to be paid for timely general unsecured claims: $ 4,578.02
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 323.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | Department of Treasury | 323.02 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**